IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACOB E. BALCOM,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

Civil No. 20-CV-12660

HON. ROBERT H. CLELAND

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in favor of Plaintiff, reversing the Commissioner's decision and remanding this case to the Social Security Administration for further administrative proceedings, pursuant to the Sentence Four 42 U.S.C. § 405(g).

          S/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: February 10, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 10, 2022, by electronic and/or ordinary mail.

          S/Lisa Wagner
          Case Manager and Deputy Clerk
          (810) 292-6522